IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:10-cr-4-SPM-GRJ

PAUL LESLEY URQUHART

_____/

**O R D E R**

This case is before the Court on Doc. 35, Defendant's Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255, and Doc. 36, Defendant's Motion to "Preserve and Stay" and for an extension of time fo file a motion to vacate. In the motion to vacate, Defendant asserts that he was incorrectly sentenced as an armed career criminal because his predicate state convictions were unconstitutional. He also contends that his trial counsel rendered ineffective assistance in connection with the Court's use of his state convictions in sentencing him. In the "motion to preserve and stay" and for an extension of time, Defendant asserts that he is presently pursuing state-court remedies with respect to his predicate state convictions.

Petitioner was convicted on August 9, 2010, and thus it appears that the instant motion to vacate is timely and his motion for an extension of time, Doc. 36, is moot. Further, the Court is not persuaded that the motion presents any basis for staying consideration of Defendant's motion to vacate. Accordingly, the motion will be denied without prejudice pending consideration of the Government's response to the motion to vacate.

Pursuant to the Rules Governing § 2255 proceedings, the Government will be

required to file an answer or other response to the motion to vacate. Upon receipt of the Government's response and Defendant's reply, if any, the Court will review the file to determine whether an evidentiary hearing is required. If an evidentiary hearing is not required, the Court will dispose of the motion as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED:**

1. The motion to preserve and stay and for an extension of time, Doc. 36, is **DENIED** without prejudice.

2. The Clerk shall furnish by certified mail, return receipt requested, this Order and Doc. 35 to the United States Attorney for this district, who shall file an answer or other appropriate pleading no later than **October 4, 2011.**

3. If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

4. Defendant shall have until **November 3, 2011**, to file a response, if desired.

**DONE AND ORDERED** this 5th day of August 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge